THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Harris, Appellant.
 
 
 

Appeal From Edgefield County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-085
 Submitted February 2, 2009  Filed
February 12, 2009   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: 
 Michael Harris appeals his conviction of first-degree criminal sexual conduct,
 arguing the trial judge erred by denying his motion for a directed verdict.  After
 a thorough review of the record pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Harris's appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT,
THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.